# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

MILTESHA BRYANT                                                                                       PLAINTIFF

v.                                                                      CAUSE NO. 1:17CV236-LG-RHW

BRINKER INTERNATIONAL INC., ET AL.                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims against the defendant are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE